IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 15 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| KENNETH JOHNSON, et al, <br><br> Plaintiffs <br><br> v. <br><br> GEORGIA BUREAU OF INVESTIGATIONS, et al, <br> Defendants. | CIVIL ACTION NO: <br> 1:23-cv-04218-LMM <br><br> JURY TRIAL DEMAND <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO ADD PARTIES AND CLAIMS TO THIS ACTION AND OTHER EQUITABLE RELIEF** |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO ADD PARTIES AND CLAIMS TO THIS ACTION AND OTHER EQUITABLE RELIEF

Pursuant to Rule 15 of the Federal Rules of Civil Procedure the Plaintiffs Kenneth and Jacquelyn Johnson (hereinafter "The Johnson's") respectfully move the Court for leave to file the attached Third Amended Complaint for the sake of Justice to include additional parties, causes of action, and other equitable relief.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

Through the Third Amended Complaint, Plaintiffs seek to add six new Defendants—three corporations, Gray Television Inc., CNHI, LLC, and Elliott Blackburn Law as well as three state agencies, Office of the Attorney General, Georgia Department of Public Health, and the State Bar of Georgia—that were significantly involved with broadcasting and publishing the erroneous claim by the Defendants' that Kendrick Johnson died accidentally, publicly defaming the Plaintiffs' by falsely alleging the Plaintiffs' evidence supported claims that their minor son did not die from an accident but instead died from blunt force trauma after being viciously assaulted as "unsubstantiated", for maintaining inaccurate vital statistic record for their minor son's cause of death by failing to amend the death certificate to protect the integrity and accuracy of vital records[1] even after being provided with adequate evidence justifying the amendment, deprivation of rights, and neglect to protect rights. Plaintiffs believe that, along with the original Defendants, these new Defendants engaged in practices that violate their rights under the Fourteenth Amendment to the U.S. Constitution.

Further, Plaintiffs seek to allege eight new causes of action based on conduct and practices uncovered by Plaintiffs and further demonstrated in Defendants' own

---

[1] See O.C.G.A 31-10-23 Amendment of certificates or reports (a) Unless otherwise specified by law, a certificate or report registered under this chapter may be amended in accordance with this chapter and regulations adopted by the department to protect the integrity and accuracy of vital records.

court filings, official responses to Plaintiffs evidence supported complaint of misconduct by one of the new Defendants for altering a public record sought by the Plaintiff and for making false statements, and for providing aid and comfort to someone when it is known an offense against the United States has been committed further obstructing the "due administration of justice."

For all these reasons, and those stated in the attached memorandum in support, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the attached Third Amended Complaint.

                                                    Respectfully submitted,

Dated:   February 14, 2024         */s/ Kenneth Johnson*  
                                                   Kenneth Johnson

                                                   */s/ Jacquelyn Johnson*  
                                                   Jacquelyn Johnson

                                                   2800 Tydnall Drive,  
                                                   Valdosta, Georgia 31602  
                                                   229.560.5555  
                                                   mikekjjohnson48@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KENNETH JOHNSON, et al, <br><br> Plaintiffs <br><br> v. <br><br> GEORGIA BUREAU OF INVESTIGATIONS, et al, <br> Defendants. | CIVIL ACTION NO: <br> 1:23-cv-04218-LMM <br><br> JURY TRIAL DEMAND <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO ADD PARTIES AND CLAIMS TO THIS ACTION AND OTHER EQUITABLE RELIEF** |

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing ***PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO ADD PARTIES AND CLAIMS TO THIS ACTION AND OTHER EQUITABLE RELIEF*** with the Clerk of the Court via United States Postal Service mail. I also certify that I mailed by United States Postal Service the foregoing document to the following participants:

Respectfully submitted,

Dated:   February 14, 2024        */s/ Kenneth Johnson*_____
                                  Kenneth Johnson

                                  */s/ Jacquelyn Johnson*_____
                                  Jacquelyn Johnson

                                  2800 Tydnall Drive,
                                  Valdosta, Georgia 31602
                                  229.560.5555
                                  mikekjjohnson48@yahoo.com

Office of the Attorney General
c/o Chris Carr, Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300

Roger Chalmers
State of Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300

James L. Elliott
Elliott Blackburn Law
3016 North Patterson Street
Valdosta, GA 31603-0579

Timothy Tanner
PO Box 5437
Valdosta, Georgia 31603

2

Arash Sabzevari
100 Galleria Pkwy, Suite 1600
Atlanta, GA  30319

Georgia Department of Public Health
c/o Kathleen E. Toomey, Commissioner
200 Piedmont Avenue, SE
Atlanta, GA 30334

State Bar of Georgia
c/o J. Antonio DelCampo, President
104 Marietta St. NW, Suite 100
Atlanta, GA 30303

Gray Television, Inc.
c/o Hilton H. Howell Jr., CEO
4370 Peachtree Road, NE Suite 400
Atlanta, GA 30319

CNHI, LLC
c/o Donna Barrett, President
201 Monroe Street, Ste. 450
Montgomery, AL 36104



Kenneth Johnson
2800 Tydnall Dr.
Valdosta, GA 31602



# PRIORITY MAIL EXPRESS®

Retail  

U.S. POSTAGE PAID
PME 1-Day
STERLING, VA 20165
FEB 14, 2024

30303

**$47.65**

RDC 07

R2304E104895-08

## MAILING ENVELOPE
### FOR DOMESTIC AND INTERNATIONAL USE

## FOR DOMESTIC AND INTERNATIONAL USE
## PLACE MAILING LABEL HERE

- Guaranteed delivery date.*
- Guaranteed delivery time.



FEB 15 2024
U.S. Marshals Service
Atlanta, GA

To schedule free Package Pickup, scan the QR code.



FEB 15 2024
U.S. Marshals Service
Atlanta, GA

USPS.COM/PICKUP



PS10000132900

EP13C July 2022
OD: 15 x 11.625

 **PRIORITY MAIL EXPRESS®**



EI 924 843 120 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )

JOHNSON
2800 TYDNALL DR.
VALDOSTA, GA 31602

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED ...
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

U.S. DISTRICT COURT CLERK
75 TED TURNER DR. S.W.
ATLANTA, GA

ZIP + 4® (U.S. ADDRESSES ONLY)
3 0 3 0 3 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ **PEEL FROM THIS CORNER**

| ORIGIN (POSTAL SERVICE USE ONLY) | | | |
|---|---|---|---|
| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
| PO ZIP Code 20165 | Scheduled Delivery Date (MM/DD/YY) 12/15/24 | Postage $ 47 65 | |
| Date Accepted (MM/DD/YY) 02/14/24 | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted 11:00 ☑AM ☐PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees 47 65 | |
| Weight 2 lbs. 16 ozs. ☐Flat Rate | Acceptance Employee Initials BR | $ | |
| DELIVERY (POSTAL SERVICE USE ONLY) | | | |
| Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature | |
| Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature | |

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

   

DuPont™ Tyvek®
Protect What's Inside.™